UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
Richard Cirami, :
:
                Plaintiff, : Civil Action No.
: CV-04-2359 (SJF)
  -vs- :
:
Gary Dear, :
:
                Defendant. :
:
---------------------------------------------------------------x

### NOTICE OF MOTION

TO:   Richard Cirami.

     PLEASE TAKE NOTICE that the undersigned will make application to this Court, before the Honorable Sandra J. Feuerstein, U.S.D.J. at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be set by the Court, for entry of a default judgment in favor of defendant and against plaintiff Richard Cirami.

Dated: August 6, 2007
       Huntington, New York

                                                  _____
                                                  David Kritzer (DK6925)
                                                  DAVID S. KRITZER & ASSOCIATES
                                                  187 East Main Street
                                                  Huntington, New York 11743
                                                  (631) 271-4770

                                                  Attorney for Defendant