UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
Richard Cirami, :
:
                Plaintiff, :   Civil Action No.
:   CV-04-2359 (SJF)
  -vs- :
:
Gary Dear, :
:
                Defendant. :
:
-----------------------------------------------------------x

## MOTION FOR DEFAULT JUDGMENT

      Defendant Gary Dear hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2 to enter default judgment in favor of defendant and against plaintiff Richard Cirami on the grounds that default has been entered against this plaintiff for failure to answer or otherwise defend against the Counterclaims. Plaintiff Richard Cirami is not an infant, incompetent, or in military service of the United States, as more particularly shown by the Declaration of David Kritzer herewith.

Dated: August 6, 2007
       Huntington, New York

                                                    _____
                                                    David Kritzer (DK6925)
                                                    DAVID S. KRITZER & ASSOCIATES
                                                    187 East Main Street
                                                    Huntington, New York 11743
                                                    (631) 271-4770

                                                    Attorney for Defendant