UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD CIRAMI,

                    Plaintiff,

   -against                                     CV-04-2359 (SJF)(WDW)

**PROPOSED DEFAULT JUDGMENT**

GARY DEAR,

                    Defendant.         (S. Feuerstein, USDJ)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The summons and compliant in this action having been duly served on the above-named defendant, Gary Dear, on July 7, 2004 and the defendant timely filed and served his Answer with Counterclaims on September 14, 2004; and the plaintiff having failed to respond to the defendant's Counterclaims herein, and said default having been duly noted; and, on defendants motion dated August 6, 2007, an Order having been issued and an inquest having been held on November 20, 2007 and upon testimony and evidence taken at said inquest before the Court, the Honorable Sandra J. Feuerstein, District Court Judge, presiding; the following decision was reached:

IT IS ORDERED, that the defendant/counterclaim plaintiff, Gary Dear, recover from the plaintiff/counterclaim defendant, Richard Cirami, the sum of $25,500.00 with pre-judgment interest at the rate of nine (9%) percent from March 22, 2004, and attorneys fees in the sum of $23,650.00, along with post-judgment interest at the legal rate in effect on the date of this judgment; and that defendant/counterclaim plaintiff have execution therefor.

Dated: Central Islip, New York
        September 25, 2008

                                                            _____
                                                            SANDRA J. FEUERSTEIN, U.S.D.J.